EXHIBIT "B"

# Invoice

**BrandNames Watches Int'l, LLC**

101 S. State Rd 7
Suite 205
Hollywood FL 33023

| Date | Invoice # |
|---|---|
| 8/24/2015 | w1467 |

| Bill To | Ship To |
|---|---|
| Locman USA Corporation<br>122 west 26th Street<br>Suite 1101<br>New York, NY 10001 | Locman USA Corporation<br>122 west 26th Street<br>Suite 1101<br>New York, NY 10001 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
| | | | 8/24/2015 | | |

| Item Code | Description | Quantity | Cost | Retail | Amount |
|---|---|---|---|---|---|
| LO-011BKA | | 1 | 139.50 | | 139.50 |
| LO-011BLA | | 1 | 139.50 | | 139.50 |
| LO-015BK2D | | 1 | 237.65 | | 237.65 |
| LO-015MOPCH2D | | 1 | 237.65 | | 237.65 |
| LO-018TGE | | 1 | 119.50 | | 119.50 |
| LO-020MOPPKD | | 1 | 153.65 | | 153.65 |
| LO-028MOPCHD/ ch ig | | 5 | 209.50 | | 1,047.50 |
| LO-028MOPSKD/ sk sa | | 6 | 209.50 | | 1,257.00 |
| LO-040AG | | 3 | 41.65 | | 124.95 |
| LO-040BK | | 6 | 41.65 | | 249.90 |
| LO-040BL | | 1 | 59.50 | | 59.50 |
| LO-040RD | | 1 | 59.50 | | 59.50 |
| LO-040VT | | 4 | 41.65 | | 166.60 |
| LO-041AG/bk | | 4 | 62.65 | | 250.60 |
| LO-041BK | | 11 | 41.65 | | 458.15 |
| LO-041OR | | 25 | 41.65 | | 1,041.25 |
| LO-041PK | | 33 | 41.65 | | 1,374.45 |
| LO-041SK | | 28 | 41.65 | | 1,166.20 |
| LO-100RDCRBQ | | 8 | 314.25 | | 2,514.00 |
| LO-100YLCRBQ | | 12 | 233.67 | | 2,804.04 |
| LO-101BKCRBQ/RD | | 1 | 219.50 | | 219.50 |
| LO-101RDCRBQ | | 5 | 219.50 | | 1,097.50 |
| LO-103RDCRBQ | | 1 | 199.50 | | 199.50 |
| LO-103YLCRBQ | | 7 | 199.50 | | 1,396.50 |
| LO-103YLCRBQ | | 26 | 199.50 | | 5,187.00 |
| LO-114CRB/rd | | 1 | 89.50 | | 89.50 |
| LO-114WHRD/RD | | 1 | 62.65 | | 62.65 |
| LO-130AGCRBBK | | 2 | 149.25 | | 298.50 |
| LO-130BCRBBLBL | | 2 | 149.25 | | 298.50 |
| LO-130BCRBRDBK | | 1 | 149.25 | | 149.25 |
| LO-130BCRBYLBK | | 1 | 149.25 | | 149.25 |
| LO-130BCRBYLBK | | 1 | 149.25 | | 149.25 |
| LO-130BKCRBBK | | 2 | 149.25 | | 298.50 |
| LO-130BLCRBBL | | 1 | 99.50 | | 99.50 |

**Total**

Scanned by CamScanner

BrandNames Watches Int'l, LLC  
101 S. State Rd 7  
Suite 205  
Hollywood FL 33023  

# Invoice

| Date | Invoice # |
|---|---|
| 8/24/2015 | w1467 |

| Bill To | Ship To |
|---|---|
| Locman USA Corporation<br>122 west 26th Street<br>Suite 1101<br>New York, NY 10001 | Locman USA Corporation<br>122 west 26th Street<br>Suite 1101<br>New York, NY 10001 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
|  |  |  | 8/24/2015 |  |  |

| Item Code | Description | Quantity | Cost | Retail | Amount |
|---|---|---|---|---|---|
| LO-130BWHWH |  | 7 | 149.25 |  | 1,044.75 |
| LO-130YLCRBYL |  | 1 | 149.25 |  | 149.25 |
| LO-130YLCRBYL |  | 1 | 149.25 |  | 149.25 |
| LO-133AGCRBOR |  | 1 | 99.50 |  | 99.50 |
| LO-133AGCRBOR |  | 1 | 99.50 |  | 99.50 |
| LO-133BCRBBLBK |  | 1 | 149.25 |  | 149.25 |
| LO-133BCRBBLBL |  | 7 | 99.50 |  | 696.50 |
| LO-133BCRBORBK |  | 1 | 99.50 |  | 99.50 |
| LO-133BCRBOROR |  | 1 | 149.50 |  | 149.50 |
| LO-133BCRBYLBK |  | 1 | 149.50 |  | 149.50 |
| LO-133BLCRBBL |  | 1 | 149.25 |  | 149.25 |
| LO-134CRBYL/bk |  | 2 | 224.25 |  | 448.50 |
| LO-138OR |  | 1 | 134.25 |  | 134.25 |
| LO-150AVGN |  | 2 | 208.50 |  | 417.00 |
| LO-150BKGN |  | 1 | 139.00 |  | 139.00 |
| LO-151BKD |  | 1 | 329.25 |  | 329.25 |
| LO-151MOPPKD |  | 1 | 329.25 |  | 329.25 |
| LO-151MOPSKD |  | 9 | 329.25 |  | 2,963.25 |
| LO-160BKWH/bk ks |  | 1 | 134.25 |  | 134.25 |
| LO-160GRAY/bk os |  | 2 | 89.50 |  | 179.00 |
| LO-160GRAY/bk os |  | 1 | 89.50 |  | 89.50 |
| LO-160MOPSK/SK-OR RU |  | 2 | 89.50 |  | 179.00 |
| LO-160MOPSK/SK-OR RU |  | 12 | 89.50 |  | 1,074.00 |
| LO-160MOPSK/sk os |  | 1 | 89.50 |  | 89.50 |
| LO-160MOPSK/sk os |  | 2 | 89.50 |  | 179.00 |
| LO-160MOPSKD/sk ks |  | 3 | 230.65 |  | 691.95 |
| LO-161BKGR/gr os |  | 4 | 89.50 |  | 358.00 |
| LO-161BKGR/gr ru |  | 1 | 89.50 |  | 89.50 |
| LO-161BKWHD/bk ks |  | 1 | 195.65 |  | 195.65 |
| LO-161GRAY/bk ks |  | 10 | 62.65 |  | 626.50 |
| LO-161GRAY/rd ks |  | 2 | 62.65 |  | 125.30 |
| LO-161GRAY/rd ks |  | 13 | 62.65 |  | 814.45 |
| LO-161GRAY/RD RU |  | 11 | 89.50 |  | 984.50 |
| LO-161MOPRD/rd ks |  | 4 | 62.65 |  | 250.60 |

**Total**

Page 2

Scanned by CamScanner

# Invoice

**BrandNames Watches Int'l, LLC**

101 S. State Rd 7
Suite 205
Hollywood FL 33023

| Date | Invoice # |
|---|---|
| 8/24/2015 | w1467 |

**Bill To**
Locman USA Corporation
122 west 26th Street
Suite 1101
New York, NY 10001

**Ship To**
Locman USA Corporation
122 west 26th Street
Suite 1101
New York, NY 10001

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
| | | | 8/24/2015 | | |

| Item Code | Description | Quantity | Cost | Retail | Amount |
|---|---|---|---|---|---|
| LO-161MOPRD/rd ks | | 1 | 62.65 | | 62.65 |
| LO-161MOPRD/RD RU | | 35 | 89.50 | | 3,132.50 |
| LO-161MOPRD/sk ks | | 7 | 62.65 | | 438.55 |
| LO-161MOPRDDC/rd ks | | 3 | 272.65 | | 817.95 |
| LO-161MOPRDDC/wh ks | | 1 | 276.85 | | 276.85 |
| LO-161MOPRDDC/wh os | | 1 | 389.50 | | 389.50 |
| LO-161MOPSK/sk os | | 6 | 89.50 | | 537.00 |
| LO-161MOPSKD/sk ks | | 1 | 195.65 | | 195.65 |
| LO-161MOPSKDC/sk os | | 1 | 389.50 | | 389.50 |
| LO-180MOPPK/pk kf | | 6 | 99.50 | | 597.00 |
| LO-180MOPSK/SK KS | | 2 | 99.50 | | 199.00 |
| LO-181BK/bk ks | | 1 | 99.50 | | 99.50 |
| LO-181BK/bk ks | | 1 | 99.50 | | 99.50 |
| LO-181BK/bk ks | | 1 | 99.50 | | 99.50 |
| LO-181BKD/bk kf | | 1 | 269.50 | | 269.50 |
| LO-181MOPGRD/gr kf | | 1 | 188.65 | | 188.65 |
| LO-181MOPPK/pk ks | | 6 | 99.50 | | 597.00 |
| LO-181MOPPK/pk ks | | 1 | 99.50 | | 99.50 |
| LO-181MOPPKD/pk ks | | 1 | 188.65 | | 188.65 |
| LO-181MOPSK/sk ks | | 1 | 99.50 | | 99.50 |
| LO-181MOPWH/bk kf | | 1 | 99.50 | | 99.50 |
| LO-181MOPWH/rd kf | | 4 | 99.50 | | 398.00 |
| LO-181MOPWH/rd kf | | 2 | 99.50 | | 199.00 |
| LO-181MOPWH/rd ks | | 5 | 99.50 | | 497.50 |
| LO-181SMOPGRD/gr kf | | 1 | 209.50 | | 209.50 |
| LO-181SMOPPKD/pk kf | | 2 | 146.65 | | 293.30 |
| LO-181SMOPPKD/pk kf | | 1 | 146.65 | | 146.65 |
| LO-181SMOPSKD/sk ks | | 3 | 146.65 | | 439.95 |
| LO-181SMOPSKD/sk ks | | 1 | 146.65 | | 146.65 |
| LO-191AG | | 1 | 209.50 | | 209.50 |
| LO-191BK | | 4 | 209.50 | | 838.00 |
| LO-1970AG2Q | | 1 | 89.50 | | 89.50 |
| LO-1970BLQ | | 1 | 134.25 | | 134.25 |
| LO-1970YLQ | | 3 | 134.25 | | 402.75 |

**Total**

# Invoice

**BrandNames Watches Int'l, LLC**
101 S. State Rd 7
Suite 205
Hollywood FL 33023

| Date | Invoice # |
|---|---|
| 8/24/2015 | w1467 |

| Bill To |
|---|
| Locman USA Corporation |
| 122 west 26th Street |
| Suite 1101 |
| New York, NY 10001 |

| Ship To |
|---|
| Locman USA Corporation |
| 122 west 26th Street |
| Suite 1101 |
| New York, NY 10001 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
| | | | 8/24/2015 | | |

| Item Code | Description | Quantity | Cost | Retail | Amount |
|---|---|---|---|---|---|
| LO-1971YL2A | | 1 | 109.50 | | 109.50 |
| LO-1972BL2Q | | 1 | 134.25 | | 134.25 |
| LO-1972RD2Q | | 1 | 134.25 | | 134.25 |
| LO-1973BL2A | | 1 | 136.50 | | 136.50 |
| LO-200CRBYLYL | | 2 | 67.50 | | 135.00 |
| LO-202CRBSKBK | | 2 | 82.50 | | 165.00 |
| LO-203MKFXDNFX | | 2 | 134.25 | | 268.50 |
| LO-203MWVTDNVT | | 2 | 134.25 | | 268.50 |
| LO-230AG | | 4 | 129.50 | | 518.00 |
| LO-230BK | | 7 | 129.50 | | 906.50 |
| LO-230WH/espresso | | 3 | 129.50 | | 388.50 |
| LO-231MOPBK/br stg | | 22 | 119.50 | | 2,629.00 |
| LO-231MOPBK/es le | | 1 | 119.50 | | 119.50 |
| LO-231MOPBL/bl stg | | 29 | 119.50 | | 3,465.50 |
| LO-231MOPOR/br stg | | 35 | 119.50 | | 4,182.50 |
| LO-231MOPOR/cg le | | 2 | 119.50 | | 239.00 |
| LO-231MOPOR/cg le | | 1 | 119.50 | | 119.50 |
| LO-232BK/bk stg | | 15 | 62.65 | | 939.75 |
| LO-232BK/bk stg | | 1 | 62.65 | | 62.65 |
| LO-232BK2D/bk sa | | 1 | 153.65 | | 153.65 |
| LO-232BKD/BK SA | | 4 | 219.50 | | 878.00 |
| LO-232BKD/BK SA | | 1 | 219.50 | | 219.50 |
| LO-232BKDC/bk stg | | 2 | 244.65 | | 489.30 |
| LO-232BR2DC/br sa | | 1 | 244.65 | | 244.65 |
| LO-232BRD/br sa | | 1 | 219.50 | | 219.50 |
| LO-232GRAY/bk stg | | 1 | 89.50 | | 89.50 |
| LO-232GRAY/rd stg | | 1 | 89.50 | | 89.50 |
| LO-232GRAYD | | 1 | 299.25 | | 299.25 |
| LO-232GRAYD/bk stg | | 2 | 153.65 | | 307.30 |
| LO-232MOPCH/ch stg | | 2 | 62.65 | | 125.30 |
| LO-232MOPCHD | | 1 | 299.25 | | 299.25 |
| LO-232MOPCHD | | 7 | 299.25 | | 2,094.75 |
| LO-232MOPCHD | | 3 | 299.25 | | 897.75 |
| LO-232MOPCHD/ch stg | | 1 | 153.65 | | 153.65 |

**Total**

Scanned by CamScanner

# Invoice

**BrandNames Watches Int'l, LLC**
101 S. State Rd 7
Suite 205
Hollywood FL 33023

| Date | Invoice # |
|---|---|
| 8/24/2015 | w1467 |

| Bill To | Ship To |
|---|---|
| Locman USA Corporation<br>122 west 26th Street<br>Suite 1101<br>New York, NY 10001 | Locman USA Corporation<br>122 west 26th Street<br>Suite 1101<br>New York, NY 10001 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
|  |  |  | 8/24/2015 |  |  |

| Item Code | Description | Quantity | Cost | Retail | Amount |
|---|---|---|---|---|---|
| LO-232MOPCHD/ch stg |  | 2 | 153.65 |  | 307.30 |
| LO-232MOPCHD/ch stg |  | 1 | 153.65 |  | 153.65 |
| LO-232MOPCHD/ch stg |  | 1 | 153.65 |  | 153.65 |
| LO-232MOPCHDC/ch stg |  | 1 | 349.50 |  | 349.50 |
| LO-232MOPPK/pk stg |  | 1 | 89.50 |  | 89.50 |
| LO-232MOPPKD |  | 7 | 299.25 |  | 2,094.75 |
| LO-232MOPPKDC/pk stg |  | 2 | 244.65 |  | 489.30 |
| LO-232MOPPKDC/pk stg |  | 3 | 244.65 |  | 733.95 |
| LO-232MOPPKDC/pk stg |  | 1 | 244.65 |  | 244.65 |
| LO-232MOPWH/br stg |  | 1 | 89.50 |  | 89.50 |
| LO-232MOPWH/wh sa |  | 1 | 62.65 |  | 62.65 |
| LO-232MOPWH2D/wh sa |  | 1 | 153.65 |  | 153.65 |
| LO-232MOPWHD/wh le |  | 1 | 153.65 |  | 153.65 |
| LO-232MOPWHDC/rd stg |  | 1 | 244.65 |  | 244.65 |
| LO-233MOPWH/wh sa |  | 1 | 69.65 |  | 69.65 |
| LO-233MOPWH/wh sa |  | 1 | 69.65 |  | 69.65 |
| LO-240BK2BK/bk ru |  | 33 | 31.50 |  | 1,039.50 |
| LO-260BRKVLC | (5) | 6 | 129.50 |  | 777.00 |
| LO-260OR |  | 50 | 69.65 |  | 3,482.50 |
| LO-260RD |  | 1 | 99.50 |  | 99.50 |
| LO-260SLKVLK | (6) | 7 | 109.50 |  | 766.50 |
| LO-260WH |  | 1 | 99.50 |  | 99.50 |
| LO-261BKYLBK |  | 40 | 48.65 |  | 1,946.00 |
| LO-261BL |  | 10 | 48.65 |  | 486.50 |
| LO-261CRBC |  | 100 | 55.65 |  | 5,565.00 |
| LO-261CRBC |  | 15 | 55.65 |  | 834.75 |
| LO-261CRBGD | (100) | 114 | 62.65 |  | 7,142.10 |
| LO-261OR |  | 42 | 48.65 |  | 2,043.30 |
| LO-261WH |  | 8 | 48.65 |  | 389.20 |
| LO-262BKYLBK |  | 1 | 62.65 |  | 62.65 |
| LO-262BKYLBK |  | 15 | 62.65 |  | 939.75 |
| LO-262BKYLYL |  | 1 | 62.65 |  | 62.65 |
| LO-262BKYLYL |  | 30 | 62.65 |  | 1,879.50 |
| LO-262BL |  | 2 | 62.65 |  | 125.30 |

**Total**

Scanned by CamScanner

# Invoice

BrandNames Watches Int'l, LLC  
101 S. State Rd 7  
Suite 205  
Hollywood FL 33023

| Date | Invoice # |
|---|---|
| 8/24/2015 | w1467 |

**Bill To**  
Locman USA Corporation  
122 west 26th Street  
Suite 1101  
New York, NY 10001

**Ship To**  
Locman USA Corporation  
122 west 26th Street  
Suite 1101  
New York, NY 10001

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
| | | | 8/24/2015 | | |

| Item Code | Description | Quantity | Cost | Retail | Amount |
|---|---|---|---|---|---|
| LO-262RD | | 3 | 89.50 | | 268.50 |
| LO-262SLKVLK | | 69 | 69.65 | | 4,805.85 |
| LO-262SLKVLK | | 38 | 69.65 | | 2,646.70 |
| LO-263CRBCRD | | 80 | 76.65 | | 6,132.00 |
| LO-263SLKVLK | | 38 | 109.50 | | 4,161.00 |
| LO-264BK | | 1 | 119.50 | | 119.50 |
| LO-264BL | | 1 | 119.50 | | 119.50 |
| LO-265BL | | 1 | 79.50 | | 79.50 |
| LO-265BRKVLC | | 53 | 76.65 | | 4,062.45 |
| LO-265GRKVL | | 2 | 109.50 | | 219.00 |
| LO-265GRKVLC | | 50 | 109.50 | | 5,475.00 |
| LO-293BK/bk le | | 1 | 76.65 | | 76.65 |
| LO-293BR/BK LEAL | | 7 | 109.50 | | 766.50 |
| LO-293BR/OR LEAL | | 4 | 109.50 | | 438.00 |
| LO-293WH/BK LEAL | | 3 | 109.50 | | 328.50 |
| LO-293WH/wh leal | | 1 | 109.50 | | 109.50 |
| LO-340BKMULBK | | 1 | 34.65 | | 34.65 |
| LO-340BKWHPBK | | 1 | 34.65 | | 34.65 |
| LO-340CBKMULBK | | 1 | 49.50 | | 49.50 |
| LO-340CBKMULBK | | 1 | 49.50 | | 49.50 |
| LO-340MOPBKRD/bk le | | 1 | 34.65 | | 34.65 |
| LO-341GYBKBK | | 1 | 38.50 | | 38.50 |
| LO-431AGD/BK LEAL | | 1 | 319.50 | | 319.50 |
| LO-441BL | | 1 | 194.25 | | 194.25 |
| LO-444BL | | 1 | 209.25 | | 209.25 |
| LO-450NBBL | | 1 | 174.12 | | 174.12 |
| LO-452BK | | 1 | 89.25 | | 89.25 |
| LO-454WH | | 1 | 66.25 | | 66.25 |
| LO-483MOPPK | | 3 | 59.50 | | 178.50 |
| LO-483MOPPK | | 3 | 59.50 | | 178.50 |
| LO-483MOPPK | | 1 | 59.50 | | 59.50 |
| LO-483MOPRD | | 1 | 59.50 | | 59.50 |
| LO-483MOPSK/si sa | | 1 | 59.50 | | 59.50 |
| LO-483MOPSK/sk sa | | 1 | 59.50 | | 59.50 |

**Total**

Scanned by CamScanner

# Invoice

**BrandNames Watches Int'l, LLC**
101 S. State Rd 7
Suite 205
Hollywood FL 33023

| Date | Invoice # |
|---|---|
| 8/24/2015 | w1467 |

**Bill To**
Locman USA Corporation
122 west 26th Street
Suite 1101
New York, NY 10001

**Ship To**
Locman USA Corporation
122 west 26th Street
Suite 1101
New York, NY 10001

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
| | | | 8/24/2015 | | |

| Item Code | Description | Quantity | Cost | Retail | Amount |
|---|---|---|---|---|---|
| LO-484CRBRD/rd ta | | 1 | 48.65 | | 48.65 |
| LO-484CRBRD/rd ta | | 1 | 48.65 | | 48.65 |
| LO-484WH/BL | | 2 | 69.50 | | 139.00 |
| LO-488MOPBK2DC/pk le | | 1 | 293.65 | | 293.65 |
| LO-501AGDND | | 1 | 329.25 | | 329.25 |
| LO-503AGGNDN/iv sa | | 1 | 111.65 | | 111.65 |
| LO-503BKGN/bk sa | | 8 | 97.65 | | 781.20 |
| LO-483LBK2D/bk li | | 6 | 129.50 | | 777.00 |
| LO-232MOPWH/rd le | | 14 | 62.65 | | 877.10 |
| LO-232MOPCH/ch sa | | 7 | 62.65 | | 438.55 |
| LO-114WHRD/RD | | 10 | 62.65 | | 626.50 |
| LO-114WHSK/BL | | 3 | 62.65 | | 187.95 |
| LO-114CRB/YL | | 2 | 62.65 | | 125.30 |
| LO-161MOPLB/lb ks | | 1 | 62.65 | | 62.65 |
| LO-181MOPPKD/pk ks | | 1 | 188.65 | | 188.65 |
| LO-181SMOPWHD/br kf | | 1 | 146.65 | | 146.65 |
| LO-181SMOPSKD/sk kf | | 1 | 146.65 | | 146.65 |
| LO-1971BL2AD | | 7 | 209.65 | | 1,467.55 |
| LO-1972BL2QD | | 3 | 195.65 | | 586.95 |
| LO-1972BK2QD | | 1 | 195.65 | | 195.65 |
| LO-1972RD2QD | | 2 | 195.65 | | 391.30 |
| LO-1971RD2AD | | 1 | 209.65 | | 209.65 |
| LO-484SL/bk lo | | 1 | 48.65 | | 48.65 |
| LO-484SL/bk ta | | 1 | 48.65 | | 48.65 |
| LO-483MOPPK/pk le | | 14 | 41.65 | | 583.10 |
| LO-483MOPBK/wh le | | 2 | 41.65 | | 83.30 |
| LO-483BK/bk os | | 1 | 41.65 | | 41.65 |
| LO-485MOPBL2D/sk ks | | 3 | 132.65 | | 397.95 |
| LO-485MOPRD2D/rd le | | 1 | 132.65 | | 132.65 |
| LO-485AG2D/bk le | | 4 | 132.65 | | 530.60 |
| LO-485RMOPBK2D/rd le | | 1 | 111.65 | | 111.65 |
| LO-485BK2D/bk le | | 3 | 132.65 | | 397.95 |
| LO-483RMOPRD2D/bk os | | 3 | 111.65 | | 334.95 |
| LO-483RMOPSK2D/bk ks | | 5 | 111.65 | | 558.25 |

**Total**

Scanned by CamScanner

# Invoice

**BrandNames Watches Int'l, LLC**  
101 S. State Rd 7  
Suite 205  
Hollywood FL 33023

| Date | Invoice # |
|---|---|
| 8/24/2015 | w1467 |

| Bill To | Ship To |
|---|---|
| Locman USA Corporation<br>122 west 26th Street<br>Suite 1101<br>New York, NY 10001 | Locman USA Corporation<br>122 west 26th Street<br>Suite 1101<br>New York, NY 10001 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
|  |  |  | 8/24/2015 |  |  |

| Item Code | Description | Quantity | Cost | Retail | Amount |
|---|---|---|---|---|---|
| LO-484CRBRD/BK |  | 14 | 69.50 |  | 973.00 |
| LO-484CRBRD/rd ta |  | 13 | 48.65 |  | 632.45 |
| LO-503AGGNDN/iv sa |  | 1 | 111.65 |  | 111.65 |
| LO-503BRGNDN/br sa |  | 1 | 111.65 |  | 111.65 |
| 131CRBORBK |  | 2 | 164.25 |  | 328.50 |
| LO-133AG/red |  | 1 | 134.25 |  | 134.25 |
| LO-130AGCRBBK |  | 7 | 149.25 |  | 1,044.75 |
| LO-161GRAYDC/bk ks |  | 1 | 272.65 |  | 272.65 |
| LO-202CRBRSKBK |  | 1 | 82.50 |  | 82.50 |
| LO-232BKDC/bk stg |  | 1 | 244.65 |  | 244.65 |
| LO-181MOPSKD/sk kf |  | 1 | 269.50 |  | 269.50 |
| LO-161MOPLBD/lb ks |  | 1 | 195.65 |  | 195.65 |
| LO-161MOPSKD |  | 1 | 419.25 |  | 419.25 |
| LO-483MOPSK/sk os |  | 1 | 41.65 |  | 41.65 |
| LO-241MOPBKB2WH/wh ru |  | 1 | 39.50 |  | 39.50 |
| LO-232MOPPK/pk stg |  | 1 | 89.50 |  | 89.50 |
| LO-130BK |  | 1 | 134.25 |  | 134.25 |

**Total** USD 152,890.11

Scanned by CamScanner

# Invoice

**BrandNames Watches Int'l, LLC**

101 S. State Rd 7
Suite 205
Hollywood FL 33023

| Date | Invoice # |
|---|---|
| 9/2/2015 | w1492 |

| Bill To | Ship To |
|---|---|
| Locman USA Corporation<br>122 west 26th Street<br>Suite 1101<br>New York, NY 10001 | Locman USA Corporation<br>122 west 26th Street<br>Suite 1101<br>New York, NY 10001 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
| | | | 9/2/2015 | | |

| Item Code | Description | Quantity | Cost | Retail | Amount |
|---|---|---|---|---|---|
| LO-265BRKVLC | | 1 | 76.65 | | 76.65 |
| LO-262SLKVLK | | 1 | 69.65 | | 69.65 |
| LO-265GRKVL | | 1 | 109.50 | | 109.50 |
| LO-180BK/bk kf | | 1 | 99.50 | | 99.50 |
| LO-488MOPBK2DC/pk le | | 1 | 293.65 | | 293.65 |
| LO-488RD2D/RD LEAL | | 1 | 249.50 | | 249.50 |
| LO-134CRBBL | | 3 | 149.25 | | 447.75 |
| LO-488MOPVT2DC/vt le | | 1 | 293.65 | | 293.65 |
| LO-488BK2D/bk le | | 1 | 174.65 | | 174.65 |
| LO-485YL2D/YL LEAL | | 1 | 189.50 | | 189.50 |
| LO-487YL2D/YL LEAL | | 1 | 349.50 | | 349.50 |
| LO-487MOPBK(SK)2DC/WH LEAL | | 1 | 579.50 | | 579.50 |
| LO-488AG2D/RD LEAL | | 1 | 249.50 | | 249.50 |
| LO-487MOPBK2DC/RD LEAL | | 1 | 405.65 | | 405.65 |
| LO-488YL2D/YL LEAL | | 1 | 249.50 | | 249.50 |
| LO-488BL2D/bl le | | 1 | 174.65 | | 174.65 |
| LO-488AG2D/BK LEAL | | 1 | 249.50 | | 249.50 |
| LO-487AG2D/BK LEAL | | 1 | 349.50 | | 349.50 |
| LO-484WH/BL | | 1 | 69.50 | | 69.50 |
| LO-484CRBRD/BK | | 1 | 69.50 | | 69.50 |
| LO-484SL/RD | | 1 | 69.50 | | 69.50 |
| LO-485BL2D/bl te | | 1 | 189.50 | | 189.50 |
| LO-485MOPBK2D/RD LEAL | | 1 | 189.50 | | 189.50 |
| LO-485DLDC/BL LEAL | | 1 | 499.50 | | 499.50 |
| LO-485RD2D/RD LEAL | | 1 | 189.50 | | 189.50 |
| LO-485AG2D/BK LEAL | | 1 | 189.50 | | 189.50 |
| LO-485BK2D/BK LEAL | | 1 | 189.50 | | 189.50 |
| LO-485MOPOR2DC/OR LEAL | | 1 | 339.50 | | 339.50 |
| LO-485DLDC/BK LEAL | | 1 | 499.50 | | 499.50 |
| LO-485MOPPK2DC/pk le | | 1 | 237.65 | | 237.65 |
| LO-485MOPBK2DC/RD LEAL | | 1 | 339.50 | | 339.50 |
| LO-431BKD/BK LEAL | | 1 | 319.50 | | 319.50 |
| LO-431RDD/RD LEAL | | 1 | 319.50 | | 319.50 |
| LO-431AGD/BK LEAL | | 1 | 319.50 | | 319.50 |

**Total**

# Invoice

**BrandNames Watches Int'l, LLC**

101 S. State Rd 7
Suite 205
Hollywood FL 33023

| Date | Invoice # |
|---|---|
| 9/2/2015 | w1492 |

| Bill To | Ship To |
|---|---|
| Locman USA Corporation<br>122 west 26th Street<br>Suite 1101<br>New York, NY 10001 | Locman USA Corporation<br>122 west 26th Street<br>Suite 1101<br>New York, NY 10001 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. |
|---|---|---|---|---|---|
| | | | 9/2/2015 | | |

| Item Code | Description | Quantity | Cost | Retail | Amount |
|---|---|---|---|---|---|
| LO-431BLD/BL LEAL | | 1 | 319.50 | | 319.50 |
| LO-232BRD/br sa | | 1 | 219.50 | | 219.50 |
| LO-261CRBGD | | 1 | 62.65 | | 62.65 |
| LO-261CRBC | | 1 | 55.65 | | 55.65 |
| LO-340CMOPBKRD | | 10 | 34.65 | | 346.50 |
| LO-340CMOPBKDNWH | | 9 | 55.65 | | 500.85 |
| LO-340CMOPMULWH | | 5 | 34.65 | | 173.25 |
| LO-340BKWHPBK | | 10 | 34.65 | | 346.50 |
| LO-340CMOPBKRD/bk | | 13 | 34.65 | | 450.45 |
| LO-340MOPBKRD/bk le | | 29 | 34.65 | | 1,004.85 |
| LO-340CAGWHDNRD | | 9 | 55.65 | | 500.85 |
| LO-341BKMULBK | | 1 | 38.50 | | 38.50 |
| LO-341WHMULOR | | 5 | 38.50 | | 192.50 |
| LO-341BKMULYL | | 1 | 38.50 | | 38.50 |
| LO-181MOPSKD/sk kf | | 15 | 269.50 | | 4,042.50 |

**Total** USD 16,934.00

Scanned by CamScanner